EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2022 TSPR 132 |
| Salvador Tió Fernández | 210 DPR ___ |

Número del Caso: TS-3,961

Fecha: 2 de noviembre de 2022

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Salvador Tió Fernández               TS-3,961

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de noviembre de 2022.

Atendidas las solicitudes de reinstalación que presentó el Sr. Salvador Tió Fernández, se ordena su reinstalación al ejercicio de la abogacía.

En cuanto a la *Urgente moción en solicitud de relevo de representación legal*, se autoriza el relevo de representación legal y se le concede al Colegio de Abogados y Abogadas de Puerto Rico un término de quince (15) días, contado a partir de la notificación de esta Resolución, para que anuncie una nueva representación legal.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo